# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2006

132040

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHAEL HALEY, Personal Representative of
the Estate of Robert L. Woodcock, II,
      Plaintiff-Appellee,

v

WILLIAM NAHIKIAN, Personal Representative
of the Estate of Brian Eilf, and DAVID GOEMAN,
      Defendants,
and

DANIELLE TAYLOR, Personal Representative of
the Estate of Brian James Taylor,
      Defendant,
      Cross-Plaintiff-Appellant,
and

EMPLOYERS MUTUAL CASUALTY
COMPANY,
      Defendant,
      Cross-Defendant-Appellee.

SC: 132040
COA: 265794
Midland CC: 03-006892-NO

_____/

      On order of the Court, the application for leave to appeal the August 1, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.


t1218

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2006

_____
Clerk